THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE NARROWS CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEST INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 3:24-cv-05184-BHS<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**CLERK'S ACTION REQUIRED**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 10, 2024** |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to either party.

///

///

///

///

///

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, STE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

DATED this 10th day of September, 2024.

STEIN, SUDWEEKS & STEIN, PLLC

*/s/Cortney Feniello*
Justin Sudweeks, WSBA No. 28755
Daniel Stein, WSBA No. 48739
Jerry H. Stein, WSBA No. 27721
Cortney Feniello, WSBA No. 57352
16400 Southcenter Parkway, Suite 410
Tukwila, Washington  98188
(206) 388-0660
justin@condodefects.com
dstein@condodefects.com
jstein@condodefects.com
cfeniello@condodefects.com
***Attorneys for Plaintiff***

BULLIVANT HOUSER BAILEY (SEA)

*/s/Danielle McKenzie*
Danielle McKenzie, WSBA No. 49715
Joseph D. Hampton, WSBA No. 15297
925 Fourth Ave, Ste 3800
Seattle, WA 98104
Email: danielle.mckenzie@bullivant.com
Email: joseph.hampton@bullivant.com
Telephone: (206) 292-8930
***Attorneys for Defendant Eagle West Insurance Company***

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, STE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

## II. ORDER

The Court having reviewed the foregoing stipulation of the parties, now, therefore, HEREBY ORDERS, ADJUDGES, AND DECREES that the above-referenced case is DISMISSED with prejudice and without an award of attorney fees or costs to either party. The Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED.

DATED this 11th day of September, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

STEIN, SUDWEEKS & STEIN, PLLC

*/s/Cortney Feniello*
Justin Sudweeks, WSBA No. 28755
Daniel Stein, WSBA No. 48739
Jerry H. Stein, WSBA No. 27721
Cortney Feniello, WSBA No. 57352
16400 Southcenter Parkway, Suite 410
Tukwila, Washington  98188
(206) 388-0660
justin@condodefects.com
dstein@condodefects.com
jstein@condodefects.com
cfeniello@condodefects.com
**Attorneys for Plaintiff**

BULLIVANT HOUSER BAILEY (SEA)

*/s/Danielle McKenzie*
Danielle McKenzie, WSBA No. 49715
Joseph D. Hampton, WSBA No. 15297
925 Fourth Ave, Ste 3800
Seattle, WA 98104
Email: danielle.mckenzie@bullivant.com
Email: joseph.hampton@bullivant.com
Telephone: (206) 292-8930
**Attorneys for Defendants**